1   LINDA BALDWIN JONES, Bar No. 178922
    KRISTINA M ZINNEN, Bar No. 245346
2   EZEKIEL D. CARDER, Bar No. 206537
    WEINBERG, ROGER & ROSENFELD
3   A Professional Corporation
    1001 Marina Village Parkway, Suite 200
4   Alameda, California 94501-1091
    Telephone 510.337.1001
5   Fax 510.337.1023

6   Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MIKE FURSMAN; JAMES BEARD, in their   ) No.     10-03891 SBA
    capacities as Trustees of the NORTHERN   )
    CALIFORNIA UFCW WHOLESALE             )
12  HEALTH & WELFARE FUND,                ) **PLAINTIFFS' *EX PARTE***
                                          ) **APPLICATION TO CONTINUE LAST**
13                 Plaintiffs,            ) **DAY TO FILE MOTION FOR**
                                          ) **DEFAULT JUDGMENT;  ORDER**
14        v.                             )
                                          )
15  UNITED MEAT COMPANY,                  )
                                          )
16                 Defendant.             )
                                          )
17  _____)

18

19        Plaintiffs, by and through the undersigned counsel, hereby respectfully request that the

20  Court continue the last day to file Plaintiffs' Motion for Default Judgment until September 29,

21  2011 to allow Plaintiffs time to file and serve a First Amended Complaint on Defendant United

22  Meat Company, and if Defendant fails to answer the First Amended Complaint, request entry of

23  default and file a motion for default judgment.

24        Pursuant to the Court's Order Continuing Case Management Conference and Reference to

25  Magistrate Judge ("Order") issued on June 30, 2011, Plaintiffs are required to file their Motion for

26  Default Judgment within thirty (30) days of the Order.  Pursuant to Federal Rule of Civil Procedure

27  54(c), the amount of the default judgment cannot exceed the amount demanded in the Complaint.

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

*Ex Parte* application to Continue Last Day to File Motion for Default Judgment; [Proposed] Order
(Case No. 10-03891 SBA)

1  See FRCP 54(c).  Defendant has failed, refused and neglected to remit fringe benefit contributions

2  on behalf of their employees that have become due since the original Complaint was filed on July

3  13, 2010.  As such, there are now additional amounts due and owing to the Plaintiffs, which are in

4  excess of the amounts demanded in the original Complaint.  Accordingly, Plaintiffs wish to amend

5  the Complaint to include these additional fringe benefit contributions that are due and owing to the

6  Plaintiffs.  Plaintiffs therefore seek to continue the last day to file the Motion for Default Judgment

7  until September 29, 2011 so they can file a First Amended Complaint to include the additional

8  amounts owing to the Plaintiffs.  If Plaintiffs' request is approved, Plaintiffs believe that the

9  additional time will allow them to file and serve the First Amended Complaint on Defendant as

10  well as enter Defendant's default should they fail to file an answer or otherwise respond to the First

11  Amended Complaint.  The First Amended Complaint is being filed concurrently herewith.

12  Accordingly, Plaintiffs respectfully request that the deadline to file the Motion for Default

13  Judgment be continued until September 29, 2011.

14       The above stated facts are set forth in the accompanying declaration of Ezekiel D. Carder in

15  Support of Ex Parte Application to Continue Last Day to File Motion for Default Judgment, filed

16  concurrently herewith.

17  Dated:  July 27, 2011

18                           WEINBERG, ROGER & ROSENFELD
                             A Professional Corporation
19

20                           By:   /s/ Ezekiel D. Carder
                                   LINDA BALDWIN JONES
21                                 EZEKIEL D. CARDER
                                   Attorneys for Plaintiffs
22

124197/629873
23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

*Ex Parte* application to Continue Last Day to File Motion for Default Judgment; [Proposed] Order
(Case No. 10-03891 SBA)

**[ORDER CONTINUING**
**LAST DAY TO FILE MOTION FOR DEFAULT JUDGMENT**

Based upon the foregoing Ex Parte Application to Continue Last Day to File Motion for Default Judgment and Declaration of Ezekiel D. Carder in support thereof, and for good cause showing, the Court orders that the last day for Plaintiffs to file their Motion for Default Judgment is continued to September 29, 2011.  The motion for default is REFERRED to the Chief Magistrate Judge or her designee for a report and recommendation.  If no objection has been filed in response to the report and recommendation within the applicable deadline, Plaintiffs shall notify the Court in writing that the report and recommendation has been issued and that no objections have been received.  In addition, Plaintiffs shall accompany such notice with a proposed order accepting the report and recommendation and a proposed judgment.  In addition, the Court Orders:

Dated: 7/28/11

_____
The Honorable Saundra Brown Armstrong
United States District Judge

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 3 -

*Ex Parte* application to Continue Last Day to File Motion for Default Judgment; [Proposed] Order
(Case No. 10-03891 SBA)

1

**CERTIFICATE OF SERVICE**

2

I am a citizen of the United States and an employee in the County of Alameda, State of

3

California.  I am over the age of eighteen years and not a party to the within action; my business

4

address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091.  On July 27,

5

2011, I served upon the following parties in this action:

6

United Meat Company
c/o Philip Gee, Jr.,

7

Agent for Service of Process
1040 Bryant Street

8

San Francisco, CA  94013

9

copies of the document(s) described as:

10

**PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE LAST DAY TO FILE MOTION FOR DEFAULT JUDGMENT; [PROPOSED] ORDER**

11

**[X]** **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope,

12

addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar

13

with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail

14

is deposited in the United States Postal Service the same day as it is placed for collection.

15

**[ ]** **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a

16

sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

17

**[ ]** **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed

18

herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of

19

Weinberg, Roger & Rosenfeld, Alameda, California.  I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery

20

Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service

21

offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

22

**[ ]** **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax

23

number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct.  Executed at Alameda,

24

California, on July 27, 2011.

25

26

/s/ Joanna Son
Joanna Son

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 4 -

*Ex Parte* application to Continue Last Day to File Motion for Default Judgment; [Proposed] Order
(Case No. 10-03891 SBA)